# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1594

Andy Kim, et al. vs. Christine Giordano Hanlon, et al.

Calendar Date: April 12, 2024

Location: Maris Courtroom

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: William M. Tambussi

Designation of Arguing Counsel: William M. Tambussi

Member of the Bar: ✔ Yes ☐ No

Representing (check only one):

☐ Petitioner(s)  ✔ Appellant(s)  ☐ Intervenor(s)

☐ Respondent(s)  ☐ Appellee(s)  ☐ Amicus Curiae

Please list the name of the lead party being represented:

Camden County Democratic Committee

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)