<u>9:30 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>FRIDAY, APRIL 12, 2024</u>

<u>Coram: JORDAN, KRAUSE and FREEMAN, Circuit Judges</u>

<u>No. 24-1594</u>

ANDY KIM, in his personal capacity
as a candidate for U.S. Senate; et al.
v.
CHRISTINE GIORDANO HANLON, in her official
capacity as Monmouth County Clerk; et al.

Camden County Democratic Committee,
Appellant

| <u>Counsel for Appellant</u> | <u>Counsel for Appellees</u> |
|---|---|
| WILLIAM M. TAMBUSSI [Camden County Democratic Committee] (10 minutes per Court) | BRETT M. PUGACH [Appellees] (15 minutes per Court) |
| MATTHEW MOENCH [New Jersey Republican Chairs Association, et al.] (5 minutes per Court) | RYAN P. HAYGOOD [Amicus League of Women Voters, et al.] (5 minutes per Court) |
| SEAN MAROTTA [Middlesex County Democratic Organization] (5 minutes per Court) | |
| (20 minutes Total Court Time) | (20 minutes Total Court Time) |